**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RUTH MOSHOLDER,

                        Plaintiff.

vs

                                                Case No: 09-CV-11829-DT

PATRICIA BARNHARDT AND
DEWAYNE BUTRON,

                        Defendants.

_____

## **FINAL JUDGMENT**

The above-entitled action having come on to be heard, and the jury sworn to try the case having returned a verdict in favor of the defendant and against the plaintiff on February 7, 2013, therefore

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that this action be dismissed on the merits, and that the defendant recover of the plaintiff its costs of action.

Dated at Detroit, Michigan, on the 8th day of February 2013.

                                                DAVID WEAVER
                                                CLERK OF THE COURT

                        BY:   s/Lisa Wagner
                                 Case Manager and Deputy Clerk to
                                 Judge Robert H. Cleland

APPROVED:

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE